**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Miami Division**

JOHNSON ELECTRIC NORTH
AMERICA, INC.,

      Plaintiff,                          Case No.: 1:21-mc-20100-JEM

v.

                                       (related to 3:19-CV-001466 (S.D. Ohio))

HONEYWELL INTERNATIONAL, INC.,

      Defendant.

_____/

## <u>NOTICE OF HEARING</u>
### *(Telephonic – Details To Be Provided By The Court)*

      NOTICE IS HEREBY GIVEN that a hearing in the above-styled action has been scheduled as follows:

      DATE:          Monday, February 22, 2021

      TIME:          12:00 p.m.

      JUDGE:       The Honorable Jacqueline Becerra

      MATTER:    Plaintiff's Motion to Compel

### <u>RULE 7.1(a)(3) Certificate of Conferral</u>

      The undersigned hereby certifies that Plaintiff's counsel and both in-house and outside counsel for non-party, Falco Electronics, have conferred several times orally (via telephone, most recently on January 19, 2021) and numerous times in writing (via email – copies of which are attached to the motion to compel) in a good faith effort to resolve by agreement the issues raised in the motion, but have been unable to reach an agreement thereon.

Dated:  February 5, 2021

*Terrance W. Anderson, Jr.*
Terrance W. Anderson, Jr.
NELSON MULLINS
1905 NW Corporate Boulevard, Suite 310
Boca Raton, Florida 33431
Tel: (561) 483-7000
email: tw.anderson@nelsonmullins.com

and

*/s/Amanda M. Fielder*
Amanda M. Fielder
WARNER NORCROSS + JUDD LLP
1500 Warner Building
150 Ottawa Ave, NW
Grand Rapids, Michigan 49503
Tel: 616.752.2404
email: afielder@wnj.com
*Application for pro hac vice admission pending*

**Counsel for Plaintiff/Counter-Defendant, Johnson Electric North America, Inc.**